# MINUTES OF THE UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF CALIFORNIA

Case: Harris v. Stonecrest Car Center      Case No: 04cv2593-LAB (LSP)

HON. Larry A. Burns      CT. DEPUTY Tisha Washam      Rptr.

Present

Plaintiff(s): No appearance.

Defendant(s): No appearance.

    In the Court's pretrial order of July 19, 2006, trial in this matter was scheduled to commence on Thursday September 21, 2006 and was estimated to conclude on September 22, 2006. Due to a conflict in the Court's calendar with an ongoing trial, on the Court's own motion, trial in this matter will be trailed day-to-day. Trial in this matter is to commence when the Court's calendar is clear. Unless otherwise ordered, the parties should be prepared to go forward 24 hours after the Court gives notice to the parties.

DATED: September 19, 2006

IT IS SO ORDERED.

*Larry A. Burns*

**Honorable Larry Alan Burns**
United States District Judge

cc:      Magistrate Judge Leo S. Papas
         All Counsel of Record