# MINUTES OF THE UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF CALIFORNIA

Case: Harris v. Stonecrest Car Center          Case No: 04cv2593-LAB (LSP)

HON. Larry A. Burns          CT. DEPUTY Tisha Washam          Rptr. _____

Present

Plaintiff(s):   No appearance.

Defendant(s):   No appearance.

    The parties are hereby ordered to appear for trial at 9:30 a.m. on Thursday, September 21, 2006, in this matter.

DATED: September 20, 2006

IT IS SO ORDERED.

_____
**Honorable Larry Alan Burns**
United States District Judge

cc:   Magistrate Judge Leo S. Papas
      All Counsel of Record