MINUTES OF THE UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA

Case: Harris v. Stonecrest Car Center          Case No: 04cv2593-LAB (LSP)

HON. Larry A. Burns          CT. DEPUTY Tisha Washam          Rptr.

Present

Plaintiff(s):   No appearance.

Defendant(s):   No appearance.

The Court's previous order setting the date and time of trial for September 21, 2006 at 9:30 a.m. is hereby modified. Trial of the case shall commence on **September 21, 2006 at 1:30 p.m.**

DATED: September 20, 2006

IT IS SO ORDERED.

*Larry A. Burns*

**Honorable Larry Alan Burns**
United States District Judge

cc:   Magistrate Judge Leo S. Papas
      All Counsel of Record