
# UNITED STATES DISTRICT COURT

# SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| TONY HARRIS,<br><br>　　　　　　　　　　Plaintiff,<br>vs.<br><br>STONECREST CARE AUTO CENTER, LLC dba SHELL; VINCENT D. MANNO, Trustee of the VINCENT D. MANNO TRUST; CAROL ANN CARLETON, FILOMENA R. BUCKINGHAM and AMELIA M. LUCAS, Trustees of the CAROL A. CARLETON TRUST, Trustees of the FILOMENA R. BUCKINGHAM TRUST, and Trustees of the AMELIA M. LUCAS TRUST; LARRY M. LUCAS and AMELIA M. LUCAS, Trustees of the LUCAS FAMILY TRUST,<br><br>　　　　　　　　　　Defendants. | CASE NO. 04CV2593-LAB (LSP)<br><br>**ORDER DECLINING TRANSFER OF RELATED CASE** |

On February 5, 2007, the Court issued its findings of fact and conclusions of law. The court held Plaintiff lacked standing to pursue his ADA claims, and dismissed his supplemental state claims without prejudice. Plaintiff took an appeal from the Court's judgment, which he voluntarily dismissed. On February 15, 2008, Defendant filed a notice of related case in the docket of a separate case, *Kohler v. Stonecrest Gas & Wash, Inc.*, 08cv105-L (NLS). Defendant was unable to file a notice of related case in this docket, which is closed. A low-number order of transfer was prepared.

The defendants in both cases are the same and the cases involve similar legal theories. The complaint in *Kohler*, however, involves a different plaintiff and arises from different facts. The Court

1 | finds transfer inappropriate under Civil Local Rule 40.1(d), and therefore **DECLINES** to accept
2 | transfer of *Kohler v. Stonecrest Gas & Wash, Inc.*
3
4 |     **IT IS SO ORDERED**.
5 | DATED: February 19, 2008
6
7 | **HONORABLE LARRY ALAN BURNS**
    United States District Judge